■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY D. POTTER, Appellant. [924 NYS2d 874]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered July 12, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Lococo, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.